# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURN KEY WINE BRANDS LLC,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOMVINE CORP.; PENROSE HILL, LIMITED; TIME, INC.; KEVIN BOYER; L18 WINES, LLC; L18 HOLDINGS, INC.; R B WINE ASSOCIATES, LLC; A W DIRECT, LLC; SPELLETICH FAMILY, INC.; GREGG & GREGG, INC.; PLATA WINE PARTNERS, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:16-CV-09088-RGK-AFM<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] JUDGMENT** |
| CUSTOMVINE CORP. and PENROSE HILL, LIMITED<br><br>Counterclaimants,<br><br>v.<br><br>TURN KEY WINE BRANDS LLC,<br><br>Counterdefendant. | |

1
STIPULATION FOR ENTRY OF JUDGMENT and JUDGMENT

Pursuant to the parties' Stipulation for Entry of Judgment, the Court enters Judgment in this matter as follows:

1. Judgment is entered in favor of plaintiff Turn Key Wine Brands, LLC, and against defendant Penrose Hill, Limited, on plaintiff's claim for relief for contributory trademark infringement as to the TURN KEY trademark (U.S. Reg. No. 4,165,358). Plaintiff's remaining claims for relief against defendant Penrose Hill, Limited, are dismissed with prejudice.

2. Judgment is entered in favor of plaintiff Turn Key Wine Brands, LLC, and against defendant CustomVine Corp. on plaintiff's claim for relief for contributory trademark infringement as to the TURN KEY, COMPASS POINT, ELEANORA MARIE, and WAYSIDE trademarks. Plaintiff's remaining claims for relief against defendant CustomVine Corp. are dismissed with prejudice.

3. Judgment is entered in favor of plaintiff Turn Key Wine Brands, LLC, and against defendant Kevin Boyer on plaintiff's claim for relief for contributory trademark infringement as to the TURN KEY, COMPASS POINT, ELEANORA MARIE, and WAYSIDE trademarks (U.S. Reg. Nos. 4,165,358, 4,870,710, 4,949,056, respectively). Plaintiff's remaining claims for relief against defendant Kevin Boyer are dismissed with prejudice.

4. Plaintiff Turn Key Wine Brands, LLC's, claims for relief against defendant Time, Inc., are dismissed with prejudice.

5. All outstanding counterclaims against plaintiff Turn Key Wine Brands, LLC, are dismissed with prejudice.

6. Each party shall bear its own costs and attorney fees.

DATED: January 03, 2018

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE